# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Liles, et al., | No. CV-15-00935-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| HMSHost Corporation, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal (Doc. 24),

**IT IS ORDERED** this action is dismissed without prejudice, subject to approval of the global settlement by the *Stevens* court, and in the event that approval is not obtained, subject to reinstatement in this Court.

**IT IS FURTHER ORDERED** should this case be reinstated, the statute of limitations period for each Plaintiff who reinstates his or her case will, subject to the toll of the statute of limitations in place while said Plaintiffs were a member of the conditionally certified *Stevens* class, relate back to the date of the original filing of this action.

**IT IS FURTHER ORDERED** the January 11, 2016 Rule 16 scheduling conference is **VACATED**.

Dated this 6th day of January, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge